FILED'05 JUL 07 06:55USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JAMISON DANIELS, an Oregon Resident,<br><br>Plaintiff,<br><br>v.<br><br>GENESYS CREDIT MANAGEMENT, INC.,<br>aka RC CORP., a Washington Corporation,<br><br>Defendant. | Case No. 04-6432-AA<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal with Prejudice, the Court having reviewed Defendant's Stipulated Motion signed by the Plaintiff, and the records and files herein, and being fully advised;

NOW THEREFORE IT IS HEREBY ORDERED that this matter be dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

DATED this 6th day of July, 2005.

_____
United States District Court Judge

Submitted by:

_____
Ted Brindle, OSB # 85162
Of Attorneys for Defendant

Page Solo – ORDER FOR DISMISSAL WITH PREJUDICE

McKeown & Brindle, P.C.
Attorneys at Law
8700 SW 26th Avenue, Suite S
Portland, Oregon 97219
(503) 224-4825